# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, <br><br> Plaintiff, <br><br> *v.* <br><br> **DEAN PATRICK MCDERMOTT**, et al., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 19-4229-KSM |

## ORDER

**AND NOW**, this 30th day of March, 2022, upon consideration of the Plaintiff's Motion for Summary Judgment (Doc. No. 46), Defendants' and Relief Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment (Doc. No. 57), and the Plaintiff's Reply in Further Support of Its Motion for Summary Judgment (Doc. No. 58), it is **ORDERED** that the Plaintiff's Motion for Summary Judgment (Doc. No. 46) is **DENIED**. **IT IS SO ORDERED**

*/s/ Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**